### 1369.　BARLOW *v.* THE STATE.

POWELL, J. This case is controlled by the cases of *Billups* v. *State,* 107 *Ga.* 766 (33 S. E. 659), *Grant* v. *State,* 87 *Ga.* 265 (13 S. E. 554), *Paschal* v. *State,* 84 *Ga.* 326 (10 S. E. 821), and *Tompkins* v. *State,* 2 *Ga. App.* 639 (58 S. E. 1111).　　　　*Judgment affirmed.*

Indictment for unlawful sale of liquor, from Terrell superior court—Judge Worrill.　July 27, 1908.

Argued October 7,—Decided October 21, 1908.

*Marlin & Hoyl,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold, J. B. Ridley,* contra.